**Opinion issued October 6, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00379-CV

_____

**VIRGINIA K. FAUBION, Appellant**

**V.**

**PHINEAS INVESTEX, INC., Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Travis County, Texas**
**Trial Court Case No. C-1-CV-15-000065**

---

### MEMORANDUM OPINION

Appellant, Virginia K. Faubion, has neither established indigence for purposes of appellate costs or paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1, 37.3(b). After being notified

that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.